1056

[No. 42697-4-I.   Division One.   March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. L.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06203-1, John M. Darrah, J., entered May 5, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42706-7-I.   Division One.   March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA L. DUVALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03160-7, Robert H. Alsdorf, J., entered May 7, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42759-8-I.   Division One.   March 29, 1999.]

DOROTHY CAMER, *Appellant*, v. TCI WEST, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-03637-4, Ricardo S. Martinez, J., entered May 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42826-8-I.   Division One.   March 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH W. WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-07245-1, Steven G. Scott, J., entered June 4, 1998. *Affirmed* by unpublished per curiam opinion.